Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
### for the

District of

Division

|  |  |
|---|---|
| Doane Wayne Jemison Jr. | ) |
| _____ | ) |
| Plaintiff(s) | ) |
| (Write the full name of each plaintiff who is filing this complaint. | ) |
| If the names of all the plaintiffs cannot fit in the space above, | ) |
| please write "see attached" in the space and attach an additional | ) |
| page with the full list of names.) | ) |
| –v– | ) |
|  | ) |
|  | ) |
|  | ) |
| Commonwealth of Pennsylvania | ) |
| _____ | ) |
| Defendant(s) | ) |
| (Write the full name of each defendant who is being sued.  If the | ) |
| names of all the defendants cannot fit in the space above, please | ) |
| write "see attached" in the space and attach an additional page | |
| with the full list of names.  Do not include addresses here.) | |

Case No.  2:25 cv 1295
(to be filled in by the Clerk's Office)

RECEIVED

AUG 2 2 2025

CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name    Duane Wayne Jemison Jr. SOS:2586Z

All other names by which
you have been known:    N/A

ID Number    1477651 /03/03/1989/SSN:256.

Current Institution    Allegheny County Jail - PA

Address    950 Seeland Avenue

Pittsburgh    PA.    15219
City    State    Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name    Sergeant Patrick Lucas

Job or Title *(if known)*    Avalon-Bellvue Police Officer

Shield Number    N/A

Employer    Avalon - Bellvue Police Department

Address    N/A

Avalon-Bellvue    PA    15
City    State    Zip Code

☑ Individual capacity    ☐ Official capacity

Defendant No. 2

Name    Nicolas D. Michele

Job or Title *(if known)*    Dectective-Mckees Rocks

Shield Number    Stowe Township - PA

Employer    N/A

Address    Stowe Township - Police Department

Mckees Rocks    PA.    15136
City    State    Zip Code

☑ Individual capacity    ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name
Job or Title *(if known)*
Shield Number
Employer
Address

Sergeant Giaspasovich of Kennedy Township

N/A

Kennedy Township Police Township

N/A

N/A

City                    State                    Zip Code

☑ Individual capacity        ☐ Official capacity

Defendant No. 4

Name
Job or Title *(if known)*
Shield Number
Employer
Address

Allegheny County - Pittsborgh Police Department Sheriffed Agency

N/A

Allegheny County - Pittsburgh Police Sheriffs Department

Pittsburgh            PA.            15219

City                    State                    Zip Code

☐ Individual capacity        ☑ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Commonwealth of Pennsylvania - Allegheny County violated Mr. Jemison's 1st., 2nd., 4th., 5th., 6th., 13th. and 14th. Amendments in which caused prejudiced against Plaintiff's Jemison's Federal Constitutional Rights

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*On 6/27/20, at McDonalds pass a while down the street "Car wash" wrongfully convicted and falesly imprisoned I, Duane Wayne Jemison Jr., illicited illegal police agencies conspired to be hag and oppressive sexually inter-course while in exchange for those of attrionalities to perform sexually unwanted behaviors, tates attaelion and states constitutional rights and as used against his unvik* III.   **Prisoner Status** *18 1746 - Perjury*

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*.

☑   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☐   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☐   Other *(explain)*

IV.   **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*On 6/27/20 - Commonwealth of PA., violating plaintiff's Jemison-Civil rights, Constitutional Rights, and Mental Health Rights, Speedy Trial Rights and Extradition - IAD Rights by illegal arrest, and custody detention also, in doing so commited perjury 28 USCS 1746 by illegal extr-adition,*

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

*On 3/19/24 - Commonwealth of PA, Plaintiff's Jemison and racial claimed his innocence by motion to dismiss, pursuant profiling to Rule 600 in front of Judge Jill E. Rangos in the caused of court of common pleas western division and third prejudiced circird of Allegheny County - Pittsburgh PA, corruoled coleanns vioslaes involved the State Plain cornnee*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur? 8/6/25 - 5C-Mental Health ACT PA /06

27/20;06/30/20; 4/2/22 - ACLU; 4/8/24 - Channel 11 News; 8(Wiford - Pittsburgh Pa, 152.22/21 pages court documents by us mail 02/3/24; 2/10/24; 4/9/24; 2/26/24; 2/27/24; 3/14/24, 3/19/24, 4/10/24, unto 3/25/24 8/4/25 illegally/pieces

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? by the Was anyone else involved? Who else saw what happened?)*

Repeated violations to Plaintiff's United States Constitut- (Commonwealth of PA) -ional Rights, what occurred was true infacts, by illegal arrest and custody detention, protracted physical incarceration forced by coercion, of excessive use of force, willed illegal police brutality/harassment, targeting retaliatory and discriminatory acts upon an unknown unarmed black man (person) acting ofl.

**V.    Injuries** the color of law, law of lands, which caused prejudice against Plaintiff's Jemison Federal Laws and Constitution.

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Plaintiff I, Doane Wayne Jemison Jr., 147781 suffered injuries, damages, losses, in which caused prejudice ag- ainst his due process and equal protections rights and exposure of illegal criminal (dirty cops) malicious prosecution, deceitful intent to harm, Kill, and abused their police authority to warrant perjury, adultery unwanted sexual immorality to gain freedom lost/envy, fatal attraction, seduce, feces, drugs, viol-

**VI.    Relief** -ence to neglect by conspiracy of PA and OH both states used witnesses

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. from If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for prior the acts alleged. Explain the basis for these claims.

Plaintiff I, Doane Wayne Jemison Jr., 147781, 03/03/1989, am filing my Relief Sought of being entitled to civil compens- ations of three amount of $500,000,000.00 (FIVE HUNDRED MILLION DOLLARS (U.S. CURRENCY) (US TREASURY BANKS OF AMERICA) with UNCONDITIONAL RELEASE FROM ILLEGAL CUSTODY AND DETENTION (IMMEDIATE

6/27/20 cause to cause injuries of above date and time on 8/4/2025

RELEASE from ALL GOVERNMENT AGENCIES involved by the Commission word of OH AND the State of Ohio - planned attacks and racial animosity, in doing so Relief sought by the matter Jemison all monetary damages, punitive damages, compensatory damages

Exhibit

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Allegheny County Jail - PA, Warren County Jail - OH and Youngstown - Mahoning County Jail - OH, (PCI) Pickaway Corr. Institution OH

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E.   If you did file a grievance:

1.   Where did you file the grievance? Duane Wayne Jemison Jr. filed grievance at the Allegheny County Jail-PA from 8/5/17 to 4/19/24, and prior to illegal Extradition-IND, Jemison also filed grievance at the Warren County Jail-OH from 8/30/21 to 3/25/22 unlawful amendments, false imprisoned

2.   What did you claim in your grievance? Mr. Jemison grievance complaints were about illegal extradition, violations of defendants prisoners const-itutions rights, mental health rights not being provided adequate medical Malpractice, did not provide adequate mental health treatment or care nor therapy plus racial

3.   What was the result, if any? profilency, abusive, disruptive isolated confinements, solitary, longful periods of cruel and unusal punishments, forclore, neglect with deletor-ate deceitful indifference, conflict of interest, caused preydiced against Plaintiff's Jemison U.S. Constitution al Rights to Due process and equal protections rights.

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)* Plaintiffs Jemison filed and continue to file at every level, but the Commonwealth of PA, Allegheny County (PA) purposely disregarded his filed prior grievances, abuse by destroying, tamper with evidence, abused by discretion of illegal police investigations outside of jurisdictions venue, had read into this unlawful Rights by All Government Agencies of PA authoroff

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.     If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:



N/A

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:



N/A

G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. PLEASE see all (4) Attached pages titled ALLEGHENY COUNTY JAIL BOARD LIASON, JAIL OVERSIGHT BOARD LIASON COMMUNICATION FORM AND DATED MONDAY AUGUST 4th, 2025 at the Allegheny County Jail~PA

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes



☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

Page 8 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    Duane Wayne Jemison Jr.

Defendant(s)    The State of Ohio

2.    Court *(if federal court, name the district; if state court, name the county and State)*

United States District Court for the Southern District Courts of Ohio At Cincinnati

3.    Docket or index number

1:24-CV-00362-MKM-KLL

4.    Name of Judge assigned to your case

N/A

5.    Approximate date of filing lawsuit

7/22/2024

6.    Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition.    N/A (July 1 2025)

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N/A (Plaintiff did not recieve PA-Docket Entries, Dates, Times, errors, and mail U.S. services Plaintiff did not recieve Judgements or orders by the U.S. District Courts-OH-Southern District At Cincinnati

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

of OHIO,

*Exhibit*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s)    N/A
    Defendant(s)    N/A

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    N/A

3.  Docket or index number
    N/A

4.  Name of Judge assigned to your case
    N/A

5.  Approximate date of filing lawsuit
    N/A

6.  Is the case still pending?

    ☐ Yes

    ☑ No

    If no, give the approximate date of disposition _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    08/10/2025

Signature of Plaintiff    UCC-1-308- without prejudice

Printed Name of Plaintiff    Duane Wayne Jemison Jr. PRO-SE

Prison Identification #    147781

Prison Address    950 Second Ave    Allegheny County Jail Prison - PA

Pittsburgh    DA. 15219

City    State    Zip Code

### B.    For Attorneys

Date of signing:    08/10/2025

Signature of Attorney    UCC-1-308 without prejudice

Printed Name of Attorney    Duane Wayne Jemison Jr. PRO-SE

Bar Number    147781

Name of Law Firm    Duane Wayne Jemison Jr. (PROSE)

Address    950 Second Avenue

Pittsburgh    PA. 15219

City    State    Zip Code

Telephone Number    (412) 419-7725 - Sister - Dewayna

E-mail Address    N/A    Jemison-Henry.